```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARIA GARCIA,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :        13-CV-5308 (VSB)
              - v -                                         :
                                                            :              ORDER
BARCLAYS CAPITAL, INC. et al.,                              :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2015

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendants' letter, dated July 22, 2015, requesting leave to file a motion to strike Plaintiff's Statement of Material Facts Pursuant to Local Rule 56.1 ("Plaintiff's 56.1") and portions of Plaintiff's declaration, deposition testimony, and affidavit in support of her EEOC charge.  (Doc. 75.)  I also am in receipt of Plaintiff's opposition letter.  (Doc. 84.)  Defendants' filed their letter one day prior to filing a counterstatement to Plaintiff's 56.1, (Doc. 77), as well as their reply memorandum and other materials in further support of their motion for summary judgment, (Docs. 78-80).  In light of the materials already submitted in connection with Defendants' motion for summary judgment, it would not be cost or time effective to engage in additional briefing at this stage.  Accordingly, where applicable, I will consider the arguments raised in Defendants' letter and Plaintiff's opposition in conjunction with Defendants' summary judgment motion, but I will not allow additional motion practice, including a motion to strike.

Defendants' request for leave to file a motion to strike, (Doc. 75), is DENIED.

    SO ORDERED.

Dated: July 28, 2015
      New York, New York

Vernon S. Broderick
United States District Judge